No. 79–738. PALMER *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 79–739. THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* PHILADELPHIA WELFARE RIGHTS ORGANIZATION ET AL. C. A. 3d Cir. Motion of respondent Louise Brookins for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–5552. THIGPEN *v.* ALABAMA. Ct. Crim. App. Ala.; and

No. 79–5632. ROACH *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. Reported below: No. 79–5552, 372 So. 2d 385; No. 79–5632, 273 S. C. 194, 255 S. E. 2d 799.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–5575. JAGNANDAN ET AL. *v.* MISSISSIPPI STATE UNIVERSITY ET AL. Sup. Ct. Miss. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–1848. UNITED STATES EX REL. PETROFSKY *v.* VAN COTT, BAGLEY, CORNWALL & MCCARTHY ET AL., *ante,* p. 839;

No. 78–6529. TURNER *v.* MASSEY, CORRECTIONAL SUPERINTENDENT, *ante,* p. 914;

No. 78–6683. STODDARD *v.* WEAVER ET AL., *ante,* p. 850; and

No. 78–6785. SILO *v.* WARDEN, HOLMESBURG PRISON, ET AL., *ante,* p. 855. Petitions for rehearing denied.